# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

### Weekly Report of NEW CASES DOCKETED

Filburn et v. Fish ...................... 19367
State ex v. Ach et.,.................... 19366
State ex v. Klinger et................. 19369
State v. Krauss ,...................... 19368
Swartz v. Newark (city).............. 19370

**OCT. 1, 1925**

19366—State of Ohio ex rel Board of Education of the City of Cincinnati v. Samuel Ach and Robert Shafer, as President and Clerk of the Board of Education of the City of Cincinnati; action in mandamus. Landon L. Forchheimer, Cincinnati, atty. for pltf; Frank K. Bowman, N. H. Maxwell, Cincinnati, atty. for deft.

**OCT. 2, 1925**

19367—John J. Filbrun et al v. W. Roy Fish, Treasurer of Miami County; motion for an order. directing the Court of Appeals of Miami County to certify its record. J. A. Kerr, Tippecanoe City, atty. for pltf; L. E. Harvey, Troy; W. A. Haines, Troy, attys. for deft.

**OCT. 5, 1925**

19368—State of Ohio v. Henry Krauss; record certified review and final determination by Court of Appeals of Hamilton County. C. S. Bell and Edw. Strasser, Cincinnati, attys. for pltf; E. H. & W. B. Turner, Dayton, attys. for deft.

19369—State of Ohio ex rel John Tague Post No. 188, American Legion, v. John W. Klinger et al as the Board of County Commissioners of Perry County; in mandamus. Jos. L. Meenan, New Lexington, and C. S. Druggan, Columbus, attys. for pltf.

19370—Robert Swartz v. City of Newark, O. Motion for order directing the Court of Appeals of Licking County to certify its record. Frank A. Bolton, Newark, attys. for pltf; E. S. Randolph, Newark, atty for deft.

### PROCEEDINGS OF SUPREME COURT

**WEEKLY REPORT OF CASES DECIDED**
**TUESDAY, OCT. 6, 1925**
**GENERAL DOCKET**

Mercantile Sec. & Ind. v. Savage...... 19090
Sendelbach et v. Pub. Utl. Comm. 19080, 19081
State ex v. Gabel..................... 19364
State ex v. Gabel..................... 19365
State ex v. Jackson To. Bd. Ed....... 19162
State ex v. Nankin Bd. Ed............ 19358

**MOTION DOCKET**

Atkinson v. Metropolitan Life Ins..... 19183
Barner v. Barner .................... 19149
Barner v. Barner .................... 19188
Blosser v. Enderlin ................. 18709
Goby v. Minerva Eng. Co.............. 19220
Monroe Bk. v. Sears................. 19179
Nat. Coal Co. v. Mattsy ............. 19189
Paisley et v. Waterworth............. 19280
Posen v. Monroe Bk.................. 19169
Robbins Co. v. Rairfield Eng. Co...... 19184
Tuck v. Chapple ..................... 19026

**GENERAL DOCKET**

19080—John S. Sendelbach etc. et al v. Public Utilities Comm.; error to Commission; cause settled and dismissed at costs of pltf. in error. Dock. 4-20-25; 3 Abs. 265.

19081—John S. Sendelbach, etc., et al v. Public Utilities Comm.; error to the Commission; cause settled and dismissed at costs of pltf. in error. Dock. 4-20-25; 3 Abs. 265.

19090—Mercantile Security & Indemnity Assn., Inc. v. Emmett L. Savage, as Supt. of Insurance, etc.; error to Franklin Appeals; dismissed on motion of pltf. in error and at its costs. Dock. 4-22-25; 3 Abs. 278.

19162—State ex rel Retirement Board of the State Teachers' Retirement System v. Board of Ed., Jackson To. Rural District et al; in mandamus; writ allowed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-23-25; 3 Abs. 341.

19358—State ex rel Retirement Board of the State Teachers' System v. Board of Ed. of Nankin Rural District, Ashland County; in mandamus; cause dismissed at costs of deft. without record. Dock. 9-19-25; 3 Abs. 595.

19364—State ex rel C. L. Bloker v. Henry M. Gabel et al; in mandamus; writ denied. Marshall, C. J., Jones, Matthias, Day, Allen and Robinson, JJ., concur. Dock. 9-28-25; 3 Abs. 610.

19365—State ex rel Lloyd Diment v. Henry M. Gabel et al; in mandamus; writ denied. Marshall, C. J., Matthias, Day, Allen and Robinson, JJ., concur. Dock. 9-28-25; 3 Abs. 610.

**MOTION DOCKET**

18709—Peter J. Blosser v. Richard Enderlin; motion by pltf. correct. judgment entry and mandate; allowed. Dock. 7-30-24; 2 Abs. 467.

19026—Amanda Tuck v. George Chapple; motion by pltf. to dispense with printing of record; allowed. Dock. 4-1-25; 3 Abs. 198.

19149—Rosamond S. Barner v. Geo. T. Barner; motion for Lorain Appeals to certify; overruled. Dock. 5-15-25; 3 Abs. 329.

19149—Rosamond S. Barner v. Geo. T. Barner; motion by deft. to strike from files and dismiss motion of pltf. in error; sustained. Dock. 5-15-25; 3 Abs. 329.

19156—Albert R. Zimmerman v. Morris Plan Bank of Cleveland; motion to dismiss pet. in err; sustained. Dock. 5-20-25; 3 Abs. 341.

19169—Charles O. Posen, admr. v. Monroe Bank; motion for Monroe Appeals to certify. Overruled. Dock. 5-27-25; 3 Abs. 359.

19179—Monroe Bank, a corporation v. R. F. Sears, trustee, etc; motion for Monroe Appeals to certify; overruled. Dock. 5-29-25; 3 Abs. 359.

19183—Eliza Atkinson v. Metropolitan Life Insurance Co; motion for Columbian Appeals to certify; allowed. Dock. 6-2-25; 3 Abs. 377.

19184—Rose Robbins Co. v. Fairfield Engin-